391 A.2d 672

Commonwealth v. Alexander, Appellant.

Submitted December 31, 1977. George A. Bachetti, for appellant; Eric B. Henson, Assistant District Attorney, and Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.